**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Bradley HOLMES, Defendant–
Appellant.**

**No. 04–50305.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2006.*

Filed Oct. 18, 2006.

Renee M. Bunker, USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Matthew C. Winter, FDCA—Federal Defender's of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: T.G. NELSON, W. FLETCHER and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Bradley Holmes appeals from the sentence imposed upon revocation of supervised release. In light of Holmes's response to this court's September 22, 2006, order to show cause confirming that he has been released from custody, this appeal is dismissed for lack of jurisdiction. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

**DISMISSED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.